**STATE OF ALABAMA, Respondent-Appellee.**

No. 71–2179

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 21, 1971.

**James L. CRAWFORD, Petitioner-Appellee,**

v.

**John WATKINS, as Warden of Draper Correctional Institution, Respondent-Appellant.**

No. 71–1815

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

William J. Baxley, Atty. Gen., of Ala., Walter S. Turner, Chief Asst. Atty. Gen., Montgomery, Ala., for respondent-appellant; George W. Royer, Jr., Legal Research Aide, of counsel.

Arthur Parker, Parker, Wilkinson, Montgomery & Gwin, Birmingham, Ala., for petitioner-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]